AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 02, 2023

SEAN F. McAVOY, CLERK

FRANKIE C.,

*Plaintiff*

v.                                    Civil Action No.   1:22-CV-03145-SAB

COMMISSIONER OF SOCIAL SECURITY

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑  other:  REVERSED and REMANDED for further proceedings consistent with order filed at ECF No. 15.
            Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Stanley A. Bastian _____     .

Date:   5/2/2023 _____               *CLERK OF COURT*

                                               SEAN F. McAVOY _____

                                               s/ Ruby Mendoza _____
                                                              *(By) Deputy Clerk*

                                               Ruby Mendoza _____